1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

12

LINDA IMSANDE-SEXTON,                )     Civil No. 05CV272 J (LSP)
                                      )
13          Plaintiff,                )
                                      )
      v.                              )     **ORDER DIRECTING THE CLERK**
                                      )     **OF COURT TO CLOSE CASE AS**
14 LOCAL 9509, COMMUNICATIONS         )     **TO DEFENDANTS**
   WORKERS OF AMERICA, AFL-CIO, et    )     **COMMUNICATIONS WORKERS**
15 al.,                               )     **OF AMERICA, AFL-CIO; DISTRICT**
                                      )     **9 COMMUNICATIONS WORKERS**
16          Defendants.               )     **OF AMERICA, AFL-CIO; MORTON**
                                      )     **BAHR; DINA BEAUMONT; JAMES**
17                                    )     **B. GORDON; LAURA REYNOLDS;**
                                      )     **EDWARD VENEGAS; AND JAMES**
18 _____    )     **WEITKAMP**

19

20          On April 9, 2007, this Court issued an Order in which it granted a Motion for Summary

21    Judgment filed by Defendants Communications Workers of America, AFL-CIO; District 9

22    Communications Workers of America, AFL-CIO; Morton Bahr; Dina Beaumont; James B.

23    Gordon; Laura Reynolds; Edward Venegas; and James Weitkamp ("International Defendants").

24    [*See* Doc. Nos. 39, 130.]  Accordingly, the Clerk of the Court is directed to close the case only as

25    to Defendants Communications Workers of America, AFL-CIO; District 9 Communications

26    Workers of America, AFL-CIO; Morton Bahr; Dina Beaumont; James B. Gordon; Laura

27    Reynolds; Edward Venegas; and James Weitkamp.  The case shall proceed as to Plaintiff Linda

28    Imsande-Sexton's claims under § 101(a)(2) and § 101(a)(5) of the Labor-Management Reporting

1    and Disclosure Act against Defendants Local 9509, Communications Workers of America, AFL-

2    CIO; Judith Beal; Mark Cohen; Malia Connacher; Robin King; Patricia Martinez; Sandra Felix-

3    Martinez; Ken Owens; Francisco Sarmiento; Robin Stout; Rose Waitts; and John T. Young

4    ("Local Defendants").

5         **IT IS SO ORDERED.**

6    DATED:  April 11, 2007

7    _____

     HON. NAPOLEON A. JONES, JR.
8    United States District Judge

9    cc:  Magistrate Judge Leo S. Papas
          All Counsel of Record

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28