# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA IMSANDE-SEXTON, <br><br>             Plaintiff, <br>      v. <br><br> LOCAL 9509, COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, et al., <br><br>             Defendants. | Civil No. 05CV272 J (LSP) <br><br> **ORDER MODIFYING PRETRIAL DEADLINES AND CONTINUING PRETRIAL CONFERENCE** |

The parties have submitted a Joint Motion to modify the pretrial deadlines and to continue the date of the Pretrial Conference setting forth the following circumstances:

    A.    As set forth in the Order Modifying Pre-Trial Deadlines and Continuing Pre-Trial Conference issued by this Court on March 9, 2007:

    (a)    The deadline for submission of the parties' Memoranda of Contentions of Fact and Law and compliance with Rule 26(a)(3) of the Federal Rules of Civil Procedure was set for May 18, 2007;

    (b)    The deadline for counsel to meet and confer regarding the proposed pretrial order was set for May 25, 2007;

(c) The deadline for lodging the proposed pretrial order was set for June 8, 2007; and

(d) The Pretrial Conference in this matter was set for June 18, 2007;

2. The Court's Order granting and denying the parties' motions for summary judgment issued on April 9, 2007;

3. Additional time is needed for Defendants' counsel to prepare for the pretrial proceedings because counsel has been without the assistance of his legal secretary for two weeks due to a medical emergency.

For good cause shown, the Court **ORDERS** as follows:

1. The deadline for submission of the parties' Memoranda of Contentions of Fact and Law and compliance with Rule 26(a)(3) of the Federal Rules of Civil Procedure is continued from May 18, 2007, to May 25, 2007;

2. The deadline for counsel to meet and confer regarding the proposed Pretrial order is continued from May 25, 2007, to June 1, 2007;

3. The deadline for lodging the proposed pretrial order is continued from June 8, 2007, to June 15, 2007; and

4. The Pretrial Conference is continued from its current date of June 18, 2007, to June 25, 2007, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: May 16, 2007

HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: Magistrate Judge Papas
All Parties